## Case No. 2,257.
### BUTTS v. CHAPMAN.
[1 Cranch, C. C. 570.][1]
Circuit Court, District of Columbia. June Term, 1809.

AMENDMENT ON PAYMENT OF COSTS—PAYMENT AS CONDITION PRECEDENT.

When costs are given, on leave to amend, the payment of the costs is not a condition precedent.

THE COURT (having since July, 1807, decided in suits at law that when an amendment is allowed on payment of costs, the payment of costs is not a condition precedent, but may be enforced, or await the event of the suit) decided, in this case, that the amended answer should be received although the costs were not paid, and thereby overruled the decision made in this suit at July term, 1807.

BUTTS (HODGSON v.). See Cases Nos. 6,-563 and 6,564.

## Case No. 2,258.
### BUTTS v. SHREVE et al.
[1 Cranch, C. C. 40.][1]
Circuit Court, District of Columbia. Oct. Term, 1801.

VERDICT IN POUNDS STERLING—ARREST OF JUDGMENT.

It is no cause for arresting judgment, that the jury have found the damages in pounds, when the damages in the declaration are laid in dollars.

The defendants Shreve and Lawrason pleaded jointly non assumpserunt. Slacum pleaded severally non assumpsit, and no property in the vessel for the expenses on which the suit was brought. Issues were joined on all the pleas, and the verdict was: "We of the jury find for the plaintiff, and assess his damages at —— pounds." The damages in the declaration were laid in dollars. Sands v. Scullard, Yel. 109; Skipwith v. Baird, 2 Wash. (Va.) 165; Hawks v. Crofton, 2 Burrows, 698; Jennings v. Lee, Style, 150, 198, 210; Burton v. Chapman, 1 Sid. 341. Judgment for the plaintiff.